**Order entered June 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00690-CV

### IN RE SAMUEL RAITHEL GROSS, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-70-02216-2**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.

/s/    BILL WHITEHILL
       JUSTICE